**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario CARTAGENA–CASTILLO,**
**Defendant–Appellant.**

No. 05–50816.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 24, 2008.

Becky S. Walker, Esq., Sandy Nunes Leal, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Jonathan D. Libby, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

### MEMORANDUM **

Mario Cartagena–Castillo appeals from the 36–month sentence imposed following his guilty-plea conviction for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1326(a) and enhanced by (b)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cartagena–Castillo contends that *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is invalid. We reject this contention. *See United States v. Maciel–Vasquez*, 458 F.3d 994, 995–96 (9th Cir.2006).

Cartagena–Castillo also contends that the condition of his supervised release that requires him to report to the probation office if he re-enters the United States violates his Fifth Amendment right against self-incrimination. This argument is foreclosed by *United States v. Abbouchi*, 502 F.3d 850, 859 (9th Cir.2007).

### AFFIRMED.

---

* The Honorable Brian E. Sandoval, United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.